**Order filed July 29, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00963-CR
_____

**GARRICK IAN HASTINGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1403750**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Counsel filed a motion requesting a copy of the record be made available to appellant and to extend time for appellant to file a pro se brief. The motion is granted.

Accordingly, we hereby direct the Judge of the 208th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that

the clerk of that court furnish the record to appellant on or before **August 13, 2014;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.


PER CURIAM